Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

In the Matter of the Probate of the Will of THOMAS P. LALLY, Deceased.

MARGARET LALLY, Appellant, MARY LALLY et al., as Executors, et al., Respondents.

*Matter of Lally (Will),* 136 App. Div. 781, affirmed.
(Argued April 26, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1910, which affirmed a decree of the Queens County Surrogate's Court admitting to probate the will of Thomas P. Lally, deceased.

*Thomas F. Magner* for appellant.

*William A. De Groot* and *Edward J. Connolly* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE THIRD AVENUE RAILROAD COMPANY, Respondent, *v.* THE STATE BOARD OF TAX COMMISSIONERS et al., Appellants.

*People ex rel. Third Ave. R. R. Co.* v. *State Board of Tax Comrs.,* 136 App. Div. 155, affirmed.
(Argued April 26, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1910, which affirmed an order of Special Term reduc-

ing an assessment of special franchises of the relator for purposes of taxation for the year 1901.

*Edward R. O'Malley*, Attorney-General (*William N. Cohen* and *Arthur J. Cohen* of counsel), and *Archibald R. Watson*, Corporation Counsel.(*Curtis A. Peters* of counsel), for appellants.

*Walker D. Hines, Jarvis P. Carter* and *Joseph P. Cotton, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.